**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7281**

KING GRANT-DAVIS,

        Plaintiff - Appellant,

    v.

PATRICIA FELKER; MCLEOD FRAMPTON GWYNETTE, MD; P. STEVEN RUBLEE; THOMAS W. UHDE, MD,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:19-cv-03468-SAL)

Submitted:  May 19, 2023                    Decided:  June 13, 2023

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

King Grant-Davis, Appellant Pro Se.  Russell Grainger Hines, CLEMENT RIVERS, LLP, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

King Grant-Davis appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' Fed. R. Civ. P. 12(c) motion for judgment on the pleadings in this 42 U.S.C. § 1983 action. Grant-Davis also appeals the district court's denial of his motion for relief from the magistrate judge's order denying Grant-Davis' motion for leave to file a second amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Grant-Davis v. Felker*, No. 4:19-cv-03468-SAL (D.S.C. Aug. 12, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*